## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 21-mj-00300-BGS |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Jeffrey Alexander Smith | Booking No. 96626298 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  01/29/2021
the Court entered the following order:

[X] Defendant be released from custody.

[ ] Defendant placed on supervised / unsupervised probation / supervised release.

[ ] Defendant continued on supervised / unsupervised probation / supervised release.

[X] Defendant released on  $25,000 P/S  Bond posted.

[ ] Defendant appeared in Court. FINGERPRINT & RELEASE.

[ ] Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

[ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.

[ ] Bench Warrant Recalled.

[ ] Defendant forfeited collateral.

[ ] Case dismissed.

[ ] Case dismissed, charges pending in case no.

[ ] Defendant to be release to Pretrial Services for electronic monitoring.

[ ] Other.

BERNARD G. SKOMAL
UNITED STATES DISTRICT/MAGISTRATE JUDGE
OR
JOHN MORRILL, Clerk of Court
by  D. Juarez  557-7104

1/29/21
Electronically Sent to USMS

ok- E. Fry

Crim-9 (Rev. 05/20)
Original

Read: 21MJ300- Abstract

CAS Releases
Fri 1/29/2021 10:56 AM
**To:** D Juarez

📎 1 attachments (55 KB)
Read: 21MJ300- Abstract ;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.